AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Sergio Eduardo Sanchez-Chavez<br><br>*Defendant(s)* | Case No.<br>4:15MJ33 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 2011 to the present** in the county of **Collin** in the **Eastern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy with the intent to manufacture and distribute 500 grams or more of a mixture containing a detectable amount of methamphetamine or 50 grams of methamphetamine (actual) |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Justin Marshall HSI

☐ Continued on the attached sheet.

*Complainant's signature*

SA Justin Marshall HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/17/2015

*Judge's signature*

City and state: Plano, Texas

Honorable Don D. Bush, Magistrate Judge
*Printed name and title*